Reset Form

CAND Pay.gov Application for Refund (rev. 10/19)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

### PAY.GOV TRANSACTION DETAILS

**IMPORTANT**:
- Complete all required fields (shown in red*); otherwise, your request may be denied and require resubmission.
- In fields **3-6**, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.

| | | | |
|---|---|---|---|
| 1. **Your Name:*** | Laurie Edelstein | 7. **Your Phone Number:** | (415) 365-6700 |
| 2. **Your Email Address:*** | ledelstein@steptoe.com | 8. **Full Case Number (if applicable):** | 3:20-cv-08291 |
| 3. **Receipt Number:*** | 0971-15234503 | 9. **Fee Type:*** | ☐ Attorney Admission<br>☒ Civil Case Filing<br>☐ FTR Audio Recording<br>☐ Notice of Appeal<br>☐ Pro Hac Vice<br>☐ Writ of Habeas Corpus |
| 4. **Transaction Date:*** | 11/24/2020 | | |
| 5. **Transaction Time:*** | 11:57 am | | |
| 6. **Transaction Amount (Amount to be refunded):*** | $ 400.00 | | |

**10. Reason for Refund Request:*** *Explain in detail what happened to cause duplicate charges or no fee required.*
- For a duplicate charge, provide the **correct** receipt number in this field.
- If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the **open** case).

During the case initiating process, technical difficulties occurred, including interruption of internet access, resulting in multiple cases being opened. Case No. 3:20-cv-8297 contains the completed, case initiating filings and the receipt number for that action is: 0971-15234757

✓ *Efile this form using* OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.

*View detailed instructions at: cand.uscourts.gov/ecf/payments. For assistance, contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday -Friday 9:00 a.m.-4:00 p.m.*

| FOR U.S. DISTRICT COURT USE ONLY | |
|---|---|
| Refund request: ☐ Approved  ☐ Denied  ✗ Denied — Resubmit amended application (see reason for denial) | |
| Approval/denial date: 11/25/2020 | Request approved/denied by: *Ana P Banares* |
| Pay.gov refund tracking ID refunded: | Agency refund tracking ID number: 0971- |
| Date refund processed: | Refund processed by: |
| Reason for denial (if applicable): Please file the application for refund form in the open case | |
| Referred for OSC date (if applicable): | |